INVOICE  *ollayth*

Invoice #: D13692 Interim Inv   Claim #: 13692



# TRINITY
**INSURANCE SERVICES GROUP**

APPROVED
JAN 21 2013
DMP

Adjuster: JOSEPH LAHATTE   1/2/2013

Insured Name: Mahi, LLC dba Howard Johnson,
Loss Address: dba Howard Johnson Express 7412 Tucker Road, Ocean Springs, MS 39503
Phone Number: (228) 872-0440
Other Phone:
Insurance Company: Admiral Insurance Company

Policy #: PR000008459-2
Client Claim #: P152710
Date of Loss: 10/17/2012

| Remit To | Trinity Insurance Services Group<br>P.O. Box 1723<br>Mandeville, LA 70470-1723<br>Tax ID: 72-1404875 Daily or 20-3568904 CAT | Bill To | Admiral Insurance Company<br>12558 Caldwell Road<br>Cherry Hill, NJ 080834 |
|---|---|---|---|

| Description | Price |
|---|---|
| Hourly Adjuster Fee | 3,124.00 ) F |
| Photographs | 1,450.00 |
| Mileage | 137.70 ) 1587.70 |
| GROSS LOSS: $2,126,867.86   TOTAL: | $4,711.70 ) E |

| Expenses: | | | |
|---|---|---|---|
| Number of Miles: | 270 | Number of Photos: | 580 |
| Other 1: | 0 | Description 1: | 44 hrs @ $71 per hr |
| Other 2: | 0 | Description 2: | |
| Other 3: | 0 | Description 3: | |
| Other 4: | 0 | Description 4: | |
| Other 5: | 0 | Description 5: | |
| **EXPENSES TOTAL:** | **$0.00** | | |

THANK YOU
AMT DUE __4,711.70__
CK DATE _____
ENTRY DATE __1-18-13__   1/2/2013
BY __Th__

Invoice - Detail by Ref #   - 1 -


EXHIBIT Y

AIC2217

**Insured Name:** Mahi,LLC dba Howard Johnson

**Trinity Claim #:** D13692

**Date Of Inspection** 11/19/201

# TRINITY
INSURANCE SERVICES GROUP

| Date | Service ID | Services | Quantity Hours / Miles / Photos |
|---|---|---|---|
| 11/10/2012 | JFL | Receipt/rReview of new file assignment. Make phone calls to schedule inspection.Speak to cleint and client's attorney | 2 |
| 11/13/2012 | JFL | r/r of email from insured's attorney and public adjuster. Speak to attorney and public adjuster.inspec. Set for 11/19 | 0.3 |
| 11/14/2012 | JFL | r/r emails from joe the public adjuster.call and discuss | 0.3 |
| 11/18/2012 | JFL | R/R email from Dorothy Keenan.Call and discuss.Call and discuss with client';s attorney.Call and confirm appt. for tomorrow | 0.4 |
| 11/19/2012 | JFL | Travel to Ocean Springs, Mlississippi, met at risk with both Public Adjusters,attorney and fire investigator for insured client, and contractor hired by insured.Inspect and photograph the loss.Do preliminary scope and measurements .Drive back to New Orleans | 9 |
| | | mileage | 90 miles |
| 11/26/2012 | JFL | Return to risk to do additional measurements,scope etc | 9 |
| | | mileage | 90 miles |
| 11/28/2012 | JFL | Telephone conference with client's attorney,fire investigator on additional investigation needed on file.Travel back to risk | 6 |
| 11/30/2012 | JFL | R/R of financial records,quest list and monthly receipts. Review and send to client and cleint's attorney | 1.5 |
| | | **Total Hours:** | 28.5 |
| | | **Total Photos:** | 580 |
| | | **Total Mileage:** | 180 |

AIC2218

**Insured Name:** Mahi,LLC dba Howard Johnson's

**Trinity Claim #:** D13692

**Date Of Inspection** 11/19/2012

**TRINITY**
INSURANCE SERVICES GROUP

| Date | Service ID | Services | Quantity Hours / Miles / Photos |
|---|---|---|---|
| 12/6/0212 | JFL | R/R contents list, emails from public adjuster.and discuss Email to cleint and client attorney | 1.5 |
| 12/10/2012 | JFL | R/R emails from clent and public adjusters. Call and dis- with both | 0.6 |
| 12/12/2012 | JFL | Discuss with client and client's attorney. | 0.4 |
| 12/14/2012 | JFL | Review and prepare scope of damages.Do diagrams, photo sheets and estimate,Prepare all and upload into Xactimate. | 8 |
| 12/16/2012 | JFL | R/R four emails from public adjuster. Call and discuss. Speak to client and client's attorney | 1 |
| 12/20/2012 | | R/,R of additional emails from public adjusters. Call and Speak to client and client attorney.Speak to both public adjusters | 1 |
| 12/29/2012 | | Prepare interim report, upload estimate,photos,scope and diagram and forward same to client | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total Hours:** | 15.5 |
| | | **Total Photos:** | |
| | | **Total Mileage:** | |

AIC2219

Insured Name: Mahli-Howard Johnson's-Admiral Insurance
Trinity Claim #: D13692
Date Of Inspection: 11/19/2012


TRINITY
INSURANCE SERVICES GROUP

| Date | Services | Quantity Hours | Miles | Photos |
|---|---|---|---|---|
| 1/11/13 | Telephone discussion with public adjuster, insured's attorney, email to client | 1.0 | | |
| 1/14/13 | R&R of additional contents list fom public adjuster. Send to insd's att | 1.0 | | |
| 1/17/13 | telephone conference with insd's attorney. Email to client | 0.2 | | |
| 1/18/13 | email from client attorney, call and discuss | 0.2 | | |
| 2/4/13 | email from client attorney, call and discuss | 0.2 | | |
| 2/14/13 | telephone conf with insd client. Send email to client attorney | 0.2 | | |
| 3/22/13 | email from client attorney, call and discuss | 0.2 | | |
| 5/9/13 | email from client attorney, call and discuss, email to client | 0.4 | | |
| 5/30/13 | email from client attorney, call and discuss | 0.2 | | |
| 6/24/13 | telephone conf with insd client. Send email to client attorney, email to client | | | |
| | close file | 0.4 | | |
| | | Hours | 4 | |
| | | Miles | 0 | |
| | | Photos | 0 | |

AIC2226