Alexander | Van Loon | Sloan | Levens | Favre, PLLC

Admiral Insurance Company
P.O. Box 5725
Cherry Hill, NJ 80834

RECEIVED
MAR 07 2013
ADMIRAL INSURANCE

Date 02/28/2013
Invoice No. 75734
Client No. 108106

For services rendered during the period of January 14, 2013 through February 28, 2013 in connection with the Mahli, LLC business interruption loss.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/2013 | MAS Forensic Accounting<br>Setting up client binder and pulling all emails into the binder. | Marmalich | 0.50 | $150.00 | $ 75.00 |
| 01/14/2013 | MAS Forensic Accounting<br>Gathering information to prepare the engagement letter | Marmalich | 0.50 | $150.00 | 75.00 |
| 01/15/2013 | MAS Forensic Accounting<br>Prepare first engagement letter draft for J Levens to review. | Marmalich | 1.25 | $150.00 | 187.50 |
| 01/16/2013 | MAS Forensic Accounting<br>Review and edit draft of proposed engagement letter; review and sign engagement letter and email same to attorney and insurance adjuster | Levens | 0.25 | $215.00 | 53.75 |
| 01/17/2013 | MAS Forensic Accounting<br>Updated engagement letter, prepared to be sent to client. | Herbert | 0.25 | $58.00 | 14.50 |
| 01/25/2013 | MAS Forensic Accounting<br>Look into the files to see what we need to begin claim. Email Rick Tubertini on same. | Marmalich | 0.50 | $150.00 | 75.00 |
| 01/29/2013 | MAS Forensic Accounting<br>Pulling all information into binder and begin reading BI section of the insurance policy. | Marmalich | 1.50 | $150.00 | 225.00 |

EXHIBIT P

AIC2220

Alexander, Van Loon, Sloan, Levens & Favre, PLLC
Admiral Insurance Company
Invoice No. 75734

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/2013 | MAS Forensic Accounting<br>Working with financial information received and begin establishing approach. Discussion with J Levens on same. | Marmalich | 2.50 | $150.00 | 375.00 |
| 02/07/2013 | MAS Forensic Accounting<br>Working with new information received via Rick Tubertini. Additional information is still needed. Emailed RT on the open items. | Marmalich | 1.75 | $150.00 | 262.50 |
| 02/08/2013 | MAS Forensic Accounting<br>Read and file new correspondence from Rick Tubertini. | Marmalich | 0.25 | $150.00 | 37.50 |
| 02/19/2013 | MAS Forensic Accounting<br>Email correspondence with Rick on case. | Marmalich | 0.25 | $150.00 | 37.50 |

Current Amount Due     1,418.25

**Prior Balance as of 1/18/2013**     0.00

1/25/2013    Payment - Retainer     (2,500.00)

Total Amount Due     $ (1,081.75)

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,418.25 | (2,500.00) | 0.00 | 0.00 | 0.00 | (1,081.75) |

AIC2221